IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL MACARTHUR WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:21-cv-691-ECM |
| ) | |
| CAPTAIN MCKENZIE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 1, 2021, the Magistrate Judge entered a Recommendation (doc. 5) that this case be transferred to the United States District Court for the Northern District of Alabama. On November 4, 2021, the Plaintiff filed a notice in which he does not object to the transfer of this case. (Doc. 6). Accordingly, after an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

Done this 22nd day of November, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE